THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY B. CLARK, Appellant. [919 NYS2d 457]—

 Present—Centra, J.P., Fahey, Carni, Green and Gorski, JJ.